IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:09-cr-00240-26 |
| v. ) | |
| ) | Judge Nixon |
| JAMES CAMPBELL ) | |

## ORDER

Pending before the Court are Defendant James Campbell's two Motions to Join and Adopt Certain Pretrial Motions ("Motions to Join"). (Doc. Nos. 1382, 1386-1.) Specifically, Defendant Campbell requests to join Defendant Paul McQuiddy's following motions filed on February 18, 2011: Motion for Additional Peremptory Challenges and the Right to Exercise Those Challenges Independently After Consultation and Memorandum in Support (Doc. Nos. 415-16); Motion for Jury Questionnaire and Memorandum in Support (Doc. Nos. 417-18); Motion for Pretrial Identification of Phone Calls that will be Used in Case-In-Chief and Memorandum in Support (Doc. Nos. 419-20); Motion for Daily Trial Transcript and Memorandum in Support (Doc. Nos. 423-24); and Motion for Equal Access to Exhibits and Memorandum in Support (Doc. Nos. 425-26). (Doc. Nos. 1382, 1386-1.) All motions named in Defendant Campbell's Motion to Join are currently pending before the Court.

The arguments made by Defendant McQuiddy in his motions apply equally to Defendant Campbell. (*See* Doc. Nos. 415-20, 423-426). Accordingly, the Court **GRANTS** the Motion to Join with respect to the aforementioned motions (Doc. Nos. 415-20, 423-426).

It is so ORDERED.

Entered this the 25th day of October, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT