ORDER: Motion granted. The Detention Hearing is reset to Friday, November 16, 2012, at 10:30 a.m.

*E. Clifton Knowles*
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:09-00240-26 |
| v. | ) | |
| | ) | Magistrate Judge Knowles |
| JAMES CAMPBELL | ) | |

## UNITED STATES' MOTION TO CONTINUE HEARING

Comes now the United States and requests the detention hearing for this defendant, which is currently set for today, November 7, 2012, be continued. Co-counsel for the government, Assistant U.S. Attorney Sunny A.M. Koshy, is currently in trial in Judge Trauger's court in the case entitled U.S. v. Travis Gentry, et al., 3:11-CR-00082. This trial is expected to last through Friday, November 9, 2012.

Respectfully submitted,

JERRY E. MARTIN
UNITED STATES ATTORNEY

BY: s/Lynne T. Ingram
LYNNE T. INGRAM
Assistant United States Attorney
110 9th Avenue, South, Suite A-961
Nashville, TN 37203-3870
Phone: (615) 736-5151