IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-26 |
| v. | ) | |
| | ) | Judge Nixon |
| JAMES CAMPBELL | ) | |

## ORDER

Pending before the Court is Defendant James Campbell's Motion to Release Deed of Trust Posted as Security for Bond ("Motion"), requesting the Court direct the Clerk of the Court to release the Deed of Trust executed as a security for Mr. Campbell's pretrial release. (Doc. No. 2634.) Cynthia McKenzie, counsel for Mr. Campbell, states that Mr. Campbell's grandmother, Mattie B. Campbell, executed a Deed of Trust on 3813 Boatner Dr., Nashville, Tennessee, 37207 on November 16, 2012, in favor of the Clerk of this Court to secure Mr. Campbell's appearance. (*Id.*) Ms. McKenzie goes on to state that on February 20, 2014, Mr. Campbell was sentenced to time served and three years of supervised release with conditions, and that on March 10, 2014, Mr. Campbell died. (*Id.*) Accordingly, the Motion is **GRANTED**; the Court **DIRECTS** the Clerk to release the Deed of Trust on 3813 Boatner Dr., Nashville, Tennessee, 37207.

It is so ORDERED.

Entered this the 14th day of May, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT